UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2011 JUN 22  P 4: 17

| | | |
|---|---|---|
| DeSALLE, JR., ROBERT T. | : | NO.: _____ |
| | : | |
| v. | : | |
| | : | |
| P & B CAPITAL GROUP, LLC, | : | JUNE 22, 2011 |

## NOTICE OF REMOVAL

TO:  THE JUDGES OF THE UNITED STATES DISTRICT COURT,
DISTRICT OF CONNECTICUT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a); 28 U.S.C. § 1441; 28 U.S.C. § 1331; and 15 U.S.C. § 1692 et seq.  Defendant P&B CAPITAL GROUP, LLC by and through its undersigned attorneys, WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP on this date hereby removes this civil action from the Superior Court of Connecticut, Judicial District of New Haven at New Haven, to the United States District Court for the District of Connecticut, together with all process, pleadings, and orders, as required by 28 U.S.C. § 1446(a), copies of which are attached hereto, and made part hereof, respectfully shows:

1. On May 26, 2011, plaintiff prepared a civil action entitled DeSalle, Jr., Robert T v. P&B Capital Group, LLC. returnable in the Superior Court of Connecticut in the Judicial District of New Haven at New Haven with a return date of July 26, 2011.  (See true and correct and exact copy of the Summons and Complaint annexed hereto as Exhibit A).

2. Territory assigned to the United States District for the District of Connecticut under 28 U.S.C. § 110, embraces New Haven, Ct.

3. Defendant, P&B Capital Group, LLC, was served with the Summons and Complaint on June 8, 2011.  (See Notice of Service of Process, Exhibit B).

222995.1

4. Plaintiff's Complaint alleges that Defendant P&B Capital Group, LLC violated the Fair Debt Collection Practices Act 15 U.S.C. § 1692 et seq., as well as several Connecticut State statutes (see Exhibit A).

5. Removal of this lawsuit from the Superior Court of the State of Connecticut to this Honorable Court is appropriate because this Court has original jurisdiction of the claims set forth in the Complaint, which present federal questions as concerns the FDCPA. (See 28 U.S.C. § 1331 and 15 U.S.C. § 1692).

6. In that service of process was accomplished on June 8, 2011 the 30-day period from which Defendant may petition this Court for removal under 28 U.S.C. § 1446(b) has not yet expired and this notice is timely.

7. Consistent with 15 U.S.C. § 1692 et sq., the amounts in controversy requirement does not apply to the FDCPA dispute.

8. Defendant P&B Capital Group, LLC does not waive any objections, exceptions, or defenses to Plaintiff's Complaint.

9. As of this date, no responsive pleadings have been filed in the action commenced by Plaintiff in the Superior Court of Connecticut Judicial District of New Haven at New Haven, and no other proceedings have transpired in that action.

10. Upon filing the within Notice of Removal to the Office of the Clerk of the United States District Court for the District of Connecticut, the Defendant also filed copies of this Notice with the Clerk of the Superior Court of Connecticut in the Judicial District of New Haven at New Haven to effect removal of this action to the United States District Court

222995.1

pursuant to 28 U.S.C. § 1441 and U.S.C § 1446(b).  (A true and exact copy of the Notice filed with the Superior Court of Connecticut is annexed hereto as Exhibit B).

11. Defendant has not previously sought removal of this action.

WHEREFORE, defendant P&B CAPITAL GROUP, LLC prays that the above-captioned action now pending in the Superior Court of the State of Connecticut in the Judicial District of New Haven at New Haven be removed therefrom to the United States District Court, for the District of Connecticut.

        WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
        Attorneys for P&B CAPITAL GROUP, LLC

By: _____
        John C. Caulfield, Esq. (CT27829)
        1010 Washington Blvd
        Stamford, CT  06901
        Tel.: (203) 388-9100
        Fax: (203) 388-9101
        Our File No.: 10677.00006
        john.caulfield@wilsonelser.com

222995.1

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of June, 2011, I hereby mailed a true and complete copy of the foregoing Notice of Removal was mailed postage pre-paid, to the following:

> THERESA A. ROSE DEGRAY, Esq.
> Consumer Legal Services, LLC
> Post Office Box 474
> Gilford, Connecticut 06437,

By: _____
John C. Caulfield, Esq. (CT27829)

222995.1

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 10-09
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See page 2 for instructions

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | 203-503-6800 | Month: 07   Day: 26   Year: 2011 |

| | Judicial District | G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|---|---|
| ☒ | Judicial District | | New Haven | Major: M   Minor: 90 |
| ☐ | Housing Session | | | |

Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip)
**Consumer Legal Services, LLC, P.O. BOX 474; Guilford, CT 06437**

Juris number (to be entered by attorney only)
**430221**

Telephone number (with area code)
**203-458-8200**

Signature of Plaintiff (if self-represented)

Number of Plaintiffs: **1**   Number of Defendants: **1**   ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: DeSalle, Jr., Robert T.  Address: 11 Merriman Lane; Wallingford, CT 06492 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: P & B Capital Group, LLC  Address: 461 Ellicott Street, 3rd Floor; Buffalo, NY; 14203 | D-50 |
| Additional Defendant | Name:  Address: | D-51 |
| Additional Defendant | Name:  Address: | D-52 |
| Additional Defendant | Name:  Address: | D-53 |

**Notice to Each Defendant**

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left  **Theresa Rose Nickols DeGray** | Date signed  **05-26-11** |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

Name and address of person recognized to prosecute in the amount of $250
**Ernest L. Nickols, Sr., 11 Beverly Place Bridgeport, CT 06610**

| Signed (Official taking recognizance; "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Date  **05-26-11** |
|---|---|---|

ATTEST: A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

(Page 1 of 2)

| | |
|---|---|
| RETURN DATE: JULY 26, 2011 | : SUPERIOR COURT |
| DESALLE, JR., ROBERT T. | : J. D. OF NEW HAVEN |
| V. | : AT NEW HAVEN |
| P & B CAPITAL GROUP, LLC | : MAY 26, 2011 |

## COMPLAINT

**COUNT ONE**

1. The Plaintiff seeks relief pursuant to the Connecticut General Statutes (C.G.S. § 36a-800 et seq., § 36a-645 et seq. and § 42-110a et seq.) and the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.).

2. The Court has jurisdiction pursuant to 15 U.S.C. § 1692K and 28 U.S.C §§ 1331 and 1367.

3. The Plaintiff is an alleged "consumer debtor" as defined by the Connecticut General Statutes (C.G.S. § 36a-800 et seq.) and is a "consumer" as defined by the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.), currently residing in Wallingford, Connecticut.

4. The Defendant has a business address of 461 Ellicott Street, 3rd Floor; Buffalo, New York, and is a "debt collector" as defined by the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.) and a "consumer collection agency" as defined by the Connecticut General Statutes (C.G.S. §36a-800 et seq.)

5. At all times relevant herein, the Defendant has been engaged in the trade or commerce of providing debt collection services in the State of Connecticut.

6. The Defendant sent an initial dunning letter, dated February 8, 2011, to the Plaintiff; a copy of which is attached herein as Exhibit A.

7. On February 8, 2011, at 7:32 pm, the Defendant and/or its agent called the Plaintiff and stated, in pertinent part: "We will send this out to an attorney for possible litigation," in violation of 15 U.S.C. § 1692e, -d., -f, *et al.*

8. Neither the Defendant nor the company that it represents is admitted to practice law in any jurisdiction.

9. Pursuant to statutory law, the Defendant has no legal authority to make such a recommendation or threat of legal action. (15 U.S.C. §1692e(2)(A), 5, 7 and 10).

10. Such statements could also be construed as the unauthorized practice of law by a non-attorney in violation of the laws of the State of Connecticut governing professional responsibility.

11. The Defendant's mention of "attorney" and "litigation" within 30 days of the Plaintiff's receipt of its initial dunning letter overshadows and is inconsistent with the consumer's right to dispute the debt, in violation of § 1692g(b).

12. As a result of its acts, the Defendant is liable to the Plaintiff pursuant to the Fair Debt Collection Practices Act.

**COUNT TWO**

13. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

14. The Plaintiff is a "person" as defined by the Connecticut General Statutes (C.G.S. § §42-110 et seq.).

15. The Defendant is a "person" as defined by the C.G.S. §42-110 et seq.

16. The conduct of the Defendant alleged in this Complaint constitutes a deceptive act or practice within the meaning of C.G.S. § 42-110b(a), in the conduct of the trade or commerce alleged in Paragraph six (6) of this Count in that said conduct constitutes a

material misrepresentation or omission likely to mislead a consumer acting reasonably under the circumstances.

17. The Defendant's conduct, which violated the FDCPA, deprived the Plaintiff of the benefit of his bargain with the original creditor, which was that any attempt by the original creditor, or its successor in interest, to collect upon his consumer credit account would be in accordance with Federal and State law.

18. As a result of the conduct of the Defendant alleged in Paragraph six (6) of this Count, the Plaintiff has suffered an ascertainable loss of money or property, including the loss of money, time and inconvenience in its attempt to dispute the alleged debt.

19. Any and all of the Defendant's acts, or omissions to act, averred in this Count are harassing, oppressive, unfair, deceptive and/or unconscionable.

20. The Defendant's acts violated the Connecticut General Statutes.

21. As a result of its acts the Defendant is liable to the Plaintiff pursuant to the Connecticut Unfair Trade Practices Act.

**COUNT THREE**

22. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

23. All of the Defendant's acts, or omissions to act, averred in this complaint caused intentional and negligent infliction of emotional distress to the Plaintiff.

24. The conduct of the Defendant alleged in Paragraph six (6) of this Count constitutes an intentional and wanton violation of the Plaintiff's rights or was done with a reckless indifference to those rights in that the Defendant knew that its representations and omissions were false and misleading or was recklessly indifferent to their truth or completeness and that its implications were without reasonable justification or excuse.

WHEREFORE, the Plaintiff claims:

1. Actual Money damages, pursuant to C.G.S. § 42-110g(a) in the amount of $5,000.00 or more, exclusive of interest and costs;
2. Ascertainable loss;
3. Punitive damages, pursuant to C.G.S. § 42-110g(a);
4. Statutory damages;
5. Attorneys fees and costs, pursuant to C.G.S. § 42-110g(d) and
6. Such other relief as the Court may find in law or equity.

THE PLAINTIFF
Robert T. DeSalle, Jr.

By: _____
THERESA ROSE DEGRAY
Consumer Legal Services, LLC
P.O. Box 474
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

| | | |
|---|---|---|
| RETURN DATE: JULY 26, 2011 | : | SUPERIOR COURT |
| DESALLE, JR., ROBERT T. | : | J. D. OF NEW HAVEN |
| V. | : | AT NEW HAVEN |
| P & B CAPITAL GROUP, LLC | : | MAY 26, 2011 |

### STATEMENT RE: AMOUNT IN DEMAND

The Plaintiff in the above captioned matter claims an amount in excess of $2,500.00 against the Defendant.

THE PLAINTIFF
Robert T. DeSalle, Jr.

By: _____
THERESA ROSE DEGRAY
Consumer Legal Services, LLC
P.O. Box 474
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

02/28/2011  12:18   928-832-4474         EGS                      PAGE  02/05

# P & B CAPITAL GROUP, LLC
369 Washington St Suite 100 • Buffalo, NY 14203
Telephone: (888) 569-9635

February 8, 2011

1853788
Desalle Robert T
11 Merriman Ln
Wallingford CT 06492-2087

Original Creditor: BANK OF AMERICA
Current Creditor: Bank of America
File #: 1853788
Charge-Off Acct #: 374720999596407
Current Balance: $28628.83

Dear Desalle Robert T:

Your account has been referred to this office for collection on behalf of the above-referenced current creditor.

As of the date of this letter, you owe $28628.83. Because of interest, late charges and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, write the undersigned or call (888) 569-9635.

Due to current national economic conditions and an increase in leniency with current creditor repayment stipulations, you may qualify for a significant balance reduction! Don't miss your opportunity to take advantage of this, call us to find out more.

Yours Truly,

*Mathew J. Kelly x245*
Representative
P&B Capital Group, LLC

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of the judgment and mail you a copy of such judgment or verification. If you request from this office in writing, within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication from a debt collector is an attempt to collect a debt, and any information obtained will be used for that purpose.

Make Payments Online Now Quick & Easy at: www.pandbcapitalgroup.com
New York City Department of Consumer Affairs License Number 1260994
369 Washington St Suite 100 • Buffalo, NY 14203 • Telephone: (888) 569-9635

---

...below and return in the enclosed envelope with your payment

PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED

February 8, 2011

Original Creditor: BANK OF AMERICA
Current Creditor: Bank of America
File #:         1853788
Charge-Off Acct #: 374720999596407
Current Balance: $28628.83

#BWNKG22
#TYF2A3A712#   1853788  30
Desalle Robert T
11 Merriman Ln
Wallingford CT 06492-2087

P&B Capital Group, LLC
369 Washington St Ste 100
Buffalo NY 14203-2118

PLAINTIFF'S EXHIBIT A

# EXHIBIT B



**CORPORATION SERVICE COMPANY**

## Notice of Service of Process

null / ALL
Transmittal Number: 8808266
Date Processed: 06/09/2011

| | |
|---|---|
| Primary Contact: | Mr. Sean Welch<br>P&B Capital Group, LLC<br>369 Washington Street<br>Suite 100<br>Buffalo, NY 14203 |
| Entity: | P&B Capital Group, LLC<br>Entity ID Number 2385171 |
| Entity Served: | P&B Capital Group,LLC |
| Title of Action: | Robert T. DeSalle vs. P&B Capital Group,LLC |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Other |
| Court/Agency: | New Haven County Superior Court, Connecticut |
| Case/Reference No: | Not Shown |
| Jurisdiction Served: | Connecticut |
| Date Served on CSC: | 06/08/2011 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Theresa Rose Degray<br>203-458-8200 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road Wilmington, DE 19808 (888) 690-2882 | sop@cscinfo.com

C.O.N.C.O.R.D.    http://www.concord-sots.ct.gov/CONCORD/InquiryServlet?eid=14&b...

## business inquiry

**BUSINESS DETAILS:**

| Business Name: | Business ID: | Business Address: |
|---|---|---|
| P&B CAPITAL GROUP, LLC | 0849546 | 461 ELLICOTT STREET, 3RD FLOOR, BUFFALO, NY, 14203 |

| Mailing Address: | Citizenship/State Inc: | Last Report Year: |
|---|---|---|
| 461 ELLICOTT STREET, 3RD FLOOR, BUFFALO, NY, 14203 | Foreign/NY | 2010 |

| Business Type: | Business Status: | Date Inc./Register: |
|---|---|---|
| Foreign Limited Liability Company | Active | Feb 17, 2006 |
| | | Commence Business Date: |
| | | Feb 17, 2006 |

**PRINCIPALS:**

| Name/Title: | Business Address: | Residence Address: |
|---|---|---|
| SEAN J WELCH MANAGING MEMBER | 461 ELLICOTT STREET, 3RD FLOOR, BUFFALO, NY, 14203 | 14 BEATRIX CIRCLE, LANCASTER, NY, 14086 |
| RYAN D. KAZMARK MANAGING MEMBER | 461 ELLICOTT STREET, 3RD FLOOR, BUFFALO, NY, 14203 | 4545 CHESTNUT RIDGE, AMHERST, NY, 14228 |
| BRADLY W. SPOOR MANAGING MEMBER | 5840 W CYPRESS STREET, SUITE F, TAMPA, FL, 33607 | 11715 GLENWESSEX COURT, TAMPA, FL, 33626 |

**BUSINESS SUMMARY:**

| Agent Name: | Agent Business Address: | Agent Residence Address: |
|---|---|---|
| CORPORATION SERVICE COMPANY | C/O CORPORATION SERVICE COMPANY, 50 WESTON STREET, HARTFORD, CT, 06120-1537 | NONE |

**OTHER ADDRESSES:**

Address in the State of Formation:

461 ELLICOTT STREET, 3RD FL, BUFFALO, NY, 14203

» View Name History    » View Filing History    » View Shares

[Cancel]