UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DESALLE, ROBERT
    Plaintiff,
V.
    :    NO. 3:11-CV-01005-(JBA)

    :    AUGUST 1, 2011

P&B CAPITAL GROUP, LLC
    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees.

PLAINTIFF
Robert DeSalle

By: _____
THERESA ROSE DEGRAY
Consumer Legal Services, LLC
PO Box 474
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062

DEFENDANT
P&B Capital Group, LLC

By: _____
JOHN CAULFIELD, ESQ.
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
1010 Washington Blvd
Stamford, CT 06901
Tel: (203) 388-9100
Fax: (203) 388-9101

## CERTIFICATION

      I herby certify that on August 8, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of electronic filing. Parties may access filing through the court's CM/ECF System.

By:_____
John C Caulfield, Esq. (ct27829)
Our file No. 10677.00006